IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Larry E. Hendricks, #254256, | ) | |
| | ) | |
| Petitioner, | ) | C/A No.: 3:03-cv-3201 DCN |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Colie Rushton, Warden, and Henry McMaster, Attorney General of South Carolina, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court pursuant to petitioner's Motion to Set Aside Order. This motion was filed on May 14, 2012. After reviewing the motion, it is therefore

ORDERED, that the plaintiff's Motion to Set Aside Order is **DENIED.**

IT IS FURTHER ORDERED that the Motion to Move on the Motion is deemed **MOOT.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

January 22, 2013
Charleston, South Carolina